UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

            Plaintiff and Counter-Defendant,          Case Number 23-10458

v.                                            Honorable David M. Lawson

JVIS-USA, LLC,

            Defendant and Counter-Plaintiff,

and

LARRY J. WINGET,

            Defendant.

_____/

## JUDGMENT

In accordance with the opinion setting out the Court's findings of fact and conclusions of law entered on this date, and the opinion and order granting in part the counter-defendant's motion to dismiss entered March 26, 2024, it is **ORDERED AND ADJUDGED** that counter-plaintiff JVIS-USA prevails on Count I of its countercomplaint, and the promissory notes issued by JVIS-USA, LLC on June 29, 2017 are declared **VOID**.

It is further **ORDERED AND ADJUDGED** that Count II of its countercomplaint is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED AND ADJUDGED** the amended complaint case is **DISMISSED WITH PREJUDICE**.

                                         s/David M. Lawson
                                         DAVID M. LAWSON
                                         United States District Judge

Dated:   September 30, 2025