**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALTER DOMUS (US) LLC,

    Plaintiff/Counter-Defendant,

v.

LARRY J. WINGET and JVIS-USA, LLC,

    Defendants/Counter-Plaintiff.

Case No. 23-cv-10458

Honorable David M. Lawson

Chief Magistrate Judge David R. Grand

---

**ALTER DOMUS (US) LLC'S NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Alter Domus (US) LLC, Plaintiff/Counter-Defendant in the above-named case, hereby provides notice that it appeals to the United States Court of Appeals for the Sixth Circuit from the September 30, 2025 final judgment (Dkt. 292), including each and every part of the judgment and all interlocutory rulings subsumed therein.

Dated: October 23, 2025

Respectfully submitted,

/s/ James W. Ducayet

James W. Ducayet
Kendra L. Stead
Jennifer M. Wheeler
Stephen Spector
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

1

jducayet@sidley.com
kstead@sidley.com
jwheeler@sidley.com
sspector@sidley.com

*Attorneys for Plaintiff/Counter-*
*Defendant Alter Domus (US) LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ *James W. Ducayet*
James W. Ducayet
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

3